■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC MARTIN, Appellant. [910 NYS2d 695]—Appeal from a judgment of the Supreme Court (Sise, J.), rendered January 28, 2009 in Schenectady County, convicting defendant upon his plea of guilty of the crime of forgery in the second degree.

Defendant pleaded guilty to forgery in the second degree in satisfaction of a 27-count indictment, as well as an unindicted crime. He also waived his right to appeal. He was thereafter sentenced, in accordance with the terms of the plea agreement, to $1\frac{1}{3}$ to 4 years in prison, to run consecutively to a sentence he was then serving, and he was ordered to pay restitution. Defendant appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, counsel's brief and defendant's pro se submission, we agree. Accordingly, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Mercure, J.P., Peters, Lahtinen, Malone Jr. and McCarthy, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.